# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT INC., d.b.a. INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY RODRIGUEZ, et al.,<br><br>Defendants. | CV 19-02110 TJH (PLAx)<br><br>Order<br>[22][23] |

    The Court has considered Plaintiff Innovative Sports Management, Inc.'s ["Innovative"] renewed motion for default judgment and motion to dismiss, together with the moving papers.

    The proofs of service attached to the motions were signed "/s/ Isabella Fernandez" in typed letters. Unless signed by the registered CM/ECF filer, electronically filed documents must be hand-signed with a scanned copy of the signature filed with the Court. *See* Local Rule 5-4.3.4(a)(3). Therefore, the proofs of service

are not valid.

Without valid proofs of service, Innovative cannot establish that the motions were properly served. See Fed. R. Civ. P. 55(b)(2).

Accordingly,

It is Ordered that the motion for default judgment be, and hereby is, Denied.

It is further Ordered that the motion to dismiss be, and hereby is, Denied.

Date: April 15, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge